**Tyrone M. BLAND, Plaintiff–Appellant**

v.

**FBI AGENTS; Kansas City Envelops; Jim Linley; Susan Sowerby; Joe Horn; Fred Crawford; Sharon Glavinger; Phillip Bouse, Defendants–Appellees.**

**No. 15–1981.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 5, 2015.

Filed: Oct. 8, 2015.

Tyrone M. Bland, Lee's Summit, MO, pro se.

No appearance for appellees.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District

PER CURIAM.

Tyrone Bland appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.